1142

No. D-2694. IN RE DISBARMENT OF BARKER. Disbarment entered. [For earlier order herein, see *ante,* p. 938.]

No. D-2695. IN RE DISBARMENT OF PAYNE. Disbarment entered. [For earlier order herein, see *ante,* p. 938.]

No. D-2696. IN RE DISBARMENT OF NNAKA. Disbarment entered. [For earlier order herein, see *ante,* p. 938.]

No. D-2697. IN RE DISBARMENT OF PREM. Disbarment entered. [For earlier order herein, see *ante,* p. 939.]

No. 12M78. ROCCO *v.* BICKELL, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.; and

No. 12M79. HAYNES *v.* DONAHOE, POSTMASTER GENERAL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11-1545. CITY OF ARLINGTON, TEXAS, ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 11-1547. CABLE, TELECOMMUNICATIONS, AND TECHNOLOGY COMMITTEE OF THE NEW ORLEANS CITY COUNCIL *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 936.] Motion of EMR Policy Institute for leave to file reply brief on the merits denied.

No. 12-6842. CLOKE *v.* ADAMS ET AL. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1047] denied.

No. 12-7913. IN RE JAMES. Petition for writ of habeas corpus denied.

No. 12-628. IN RE TABB;

No. 12-742. IN RE LEWIS; and

No. 12-6269. IN RE MUTHUKUMAR. Petitions for writs of mandamus denied.

No. 11-1155. BLUE CROSS & BLUE SHIELD OF MONTANA, INC. *v.* FOSSEN ET AL. C. A. 9th Cir. Certiorari denied. 

No. 11-1535. MENDEZ *v.* ANADARKO PETROLEUM CORP. ET AL. C. A. 5th Cir. Certiorari denied.